# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

**Roseann Randall,**
    **Plaintiff,**

-vs-                                                           Case No.  1:24-CV-96

**The Travelers Companies, Inc. et al,**
    **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court finds that Defendant has not met its burden of establishing that the amount-in-controversy requirement is met. It is hereby ORDERED that this matter be REMANDED to the Court of Common Pleas, Warren County, Ohio.

Date:  October 3, 2024                                      Richard W. Nagel, CLERK

                                                                   By: s/Benjamin Codispoti

                                                                   Benjamin Codispoti, Deputy Clerk